FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 30, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONA RENEE ZEIGLER,<br><br>Defendant. | No. 2:19-CR-00173-WFN-2<br><br>ORDER FOLLOWING MOTION HEARING TO MODIFY CONDITIONS OF RELEASE<br><br>**MOTION DENIED**<br>**(ECF No. 47)** |

At Defendant's January 30, 2020, motion hearing, Defendant appeared, out of custody, with Attorney Stephen Hormel. Assistant U.S. Attorney Caitlin A. Baunsgard represented the United States.

Defendant was before the Court on an expedited motion to modify her conditions of release, **ECF No. 47**. Both sides presented argument.

The Court considered the expedited motion, **ECF No. 47**, the pretrial services report, **ECF No. 18**, the supplemental pretrial services report, **ECF No. 28**, and the argument of counsel.

The Court finds that circumstances have not materially changed since detention was argued and conditions of release were set. 18 U.S.C. § 3142(f)(2). Accordingly, the Court will not modify the previously set conditions, **ECF No. 46.**
///

ORDER - 1

**IT IS ORDERED** the Defendant's motion, **ECF No. 47**, is **DENIED.** Conditions of release will remain in effect as previously ordered.

**IT IS SO ORDERED.**

DATED January 30, 2020.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2