UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 21, 2020

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Zeigler, Jona Renee | Docket No. | 0980 2:19CR00173-WFN-2 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Stephen Krous, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Jona Renee Zeigler, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 6th day of January 2020, under the following conditions.

**Additional Condition of Release #15**: Avoid all contact, direct or indirect, with any persons who Defendant would reasonably know are or may become a victim, potential witness or codefendant in the subject investigation or prosecution. Pretrial Services may but is not required to exempt specific named individuals from this prohibition, including but not limited to immediate family members or co-workers.

**Additional Condition of Release #28**: Defendant shall participate in one or more of the following home confinement program(s):

**GPS Monitoring:** The defendant shall participate in a program of GPS confinement. The Defendant shall wear, at all times, a GPS device under the supervision of U.S. Probation. In the event the Defendant does not respond to GPS monitoring or cannot be found, the U.S. Probation office shall forthwith notify the United States Marshals' Service, who shall immediately find, arrest and detain the Defendant. The Defendant shall pay all or part of the cost of the program base upon ability to pay as determined by the U.S. Probation office.

AND

**Curfew:** Defendant shall be restricted to her residence: every day from 8:30 p.m. until 7:00 a.m.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #2**: Jona Renee Zeigler is alleged to have had telephone contact with her ex-husband, a potential witness or a co-defendant, on or about February 16, 2020.

On January 8, 2020, the pretrial release conditions of supervision were reviewed with Jona Renee Zeigler at her current residence. She acknowledged an understanding of the conditions, which included additional condition number 15. Ms. Zeigler signed them and was provided a copy.

On February 16, 2020, an alert from Ms. Zeigler's global positioning system (GPS) transmitter was received at approximately 6:04 a.m. The GPS tracker showed she was at her ex-husband's residence located at 2258 Road 3 North East, Moses Lake, Washington. When Ms. Zeigler called this officer at approximately 7:54 a.m., she disclosed her ex-husband called her on her cellular phone and told her one of their dogs had been attacked by a coyote. She confirmed she spoke with her ex-husband on the phone on the morning of February 16, 2020.

**Violation #3**: Jona Renee Zeigler is alleged to have left her residence at approximately 6:04 a.m. on February 16, 2020, during her curfew hours as reported by her GPS transmitter.

On January 8, 2020, the pretrial release conditions of supervision were reviewed with Jona Renee Zeigler at her current residence. She acknowledged an understanding of the conditions, which included additional condition number 28. Ms. Zeigler signed them and was provided a copy.

On February 16, 2020, U.S. Probation received an alert from Mr. Zeigler's GPS transmitter indicating she left her residence at approximately 6:04 a.m. Phone contacts and text messages to Ms. Zeigler went unanswered.

The GPS tracker showed Ms. Zeigler traveled to her ex-husband's address at 2258 Road 3 North East, Moses Lake, Washington. Ms. Zeigler finally responded to this officer via text message at about 7:10 a.m. She indicated she had gone to her ex-husband's home as one of her dogs had been attacked by a coyote and she needed to care for the animal.

Ms. Zeigler called this officer at about 7:54 a.m. and she indicated one of her dogs had been attacked by a coyote and she had to address the animal's injuries.

This officer explained to Ms. Zeigler, leaving the residence during her curfew time established by the Court was a violation of her pretrial release conditions of supervision. Ms. Zeigler said her dogs are like children to her and she had to take care of her dog. This officer again advised Ms. Zeigler that leaving during curfew hours was a violation of her Court ordered conditions of release and her noncompliant behaviors would be reported to the Court. She stated, "go ahead and fucking violate me." Ms. Zeigler terminated the phone call.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATIONS WITH VIOLATION PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: February 20, 2020

by s/Stephen Krous

Stephen Krous
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

February 21, 2020
Date