# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 12, 2020

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Zeigler, Jona Renee | Docket No. | 0980 2:19CR00173-WFN-2 |

**Petition for Action on Conditions of Pretrial Release**

  COMES NOW Stephen Krous, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Jona Renee Zeigler, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 6th day of January 2020, under the following conditions.

**Additional Condition of Release #28**: Defendant shall participate in one or more of the following home confinement program(s):

**GPS Monitoring:** The defendant shall participate in a program of GPS confinement. The Defendant shall wear, at all times, a GPS device under the supervision of U.S. Probation. In the event the Defendant does not respond to GPS monitoring or cannot be found, the U.S. Probation office shall forthwith notify the United States Marshals' Service, who shall immediately find, arrest and detain the Defendant. The Defendant shall pay all or part of the cost of the program base upon ability to pay as determined by the U.S. Probation office.

**Curfew:** Defendant shall be restricted to her residence: every day from 8:30 p.m. until 7 a.m.

  RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #4**: Jona Renee Zeigler is alleged to have left her residence at approximately 1:35 a.m. on March 9, 2020, during her curfew hours as reported by her global positioning system (GPS) transmitter.

On January 8, 2020, the pretrial release conditions of supervision were reviewed with Jona Renee Zeigler at her current residence. She acknowledged an understanding of the conditions, which included additional condition number 28. Ms. Zeigler signed them and was provided a copy.

On March 9, 2020, U.S. Probation received an alert from Mr. Zeigler's GPS transmitter indicating she left her residence at approximately 1:35 a.m. The GPS transmitter indicated she returned to her home approximately 2:18 a.m.

A U.S. Probation officer attempted to contact Mr. Zeigler through her cellular phone, but she did not answer. The officer checked her GPS transmitter which showed Ms. Zeigler traveled to an address not far from her residence. The transmitter showed she traveled to her ex-husband's address at 2258 Road 3 North East, Moses Lake, Washington.

At approximately 2:13 a.m., the officer sent her a text message asking Ms. Zeigler why she had left her residence and she responded with the following text message:

"Cause the power is off and it's cold in my rv. But I got a down sleeping bag from my house and I'm back at the rv. Ok or would you rather I froze to death"

The officer's responded, "Ok. Speak with officer Krous in the morning."

This officer spoke with Ms. Zeigler later that morning, to which she advised she lost power to her trailer and went to her ex-husband's home at 2258 Road 3 North East, Moses Lake, Washington, to obtain a down blanket because it was cold in her trailer. This officer explained she cannot leave the residence during her curfew hours. Ms. Zeigler responded, "I guess I

am supposed to freeze to death." This officer explained she could have called this officer and we could have addressed her concern. She said, "It was 1:00 in morning. I am sure you were sleeping, besides, I didn't want to make you mad."

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATIONS WITH VIOLATION PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: March 12, 2020

by s/Stephen Krous

Stephen Krous
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

March 12, 2020
Date