FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 24, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>  -vs-<br><br>JONA RENEE ZEIGLER,<br><br>                    Defendant. | No.   2:19-CR-0173-WFN-2<br><br>ORDER |

     Pending before the Court is Defendant's Motion to Modify Conditions of Release and to Expedite Hearing. ECF No. 76. Defendant requests that the Court order removal of Defendant's GPS monitoring condition of pretrial release. The Court previously granted United States Probation Officer Krous the authority to remove location monitoring at his discretion. ECF No. 69. Probation Officer Krous indicated to Court staff that during the hearing addressing alleged violations of pretrial release, Magistrate Judge Rodgers advised him that the location monitoring should remain in place. This Court defers to Magistrate Judger Rodgers and Probation Officer Krous on this matter. They both know more about the Defendant and have a better position to determine whether GPS monitoring is necessary. The Court has reviewed the file and Motions and is fully informed. Accordingly,

     **IT IS ORDERED** that Defendant's Motion to Modify Conditions of Release and to Expedite Hearing, filed March 20, 2020, **ECF No. 76**, is **DENIED**.

     The District Court Executive is directed to file this Order and provide copies to counsel, Magistrate Judge Rodgers **AND TO** United States Probation Officer Stephen Krous.

ORDER - 1

**DATED** this 24th day of March, 2020.

03-24-20

_____
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2