# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 30, 2020

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Zeigler, Jona Renee | Docket No. | 0980 2:19CR00173-WFN-2 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

  COMES NOW  Stephen Krous, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Jona Renee Zeigler, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 6th day of January 2020, under the following conditions:.

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law.  Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

  RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

<u>**Violation #1**</u>:  Jona Renee Zeigler is alleged to have violated her pretrial release conditions by testing positive for methamphetamine and benzodiazepines on April 27, 2020.

On January 8, 2020, the pretrial release conditions were reviewed with Jona Renee Zeigler at her current residence.   She acknowledged an understanding of the conditions, which included standard condition number 9.  Ms. Zeigler signed the release conditions and was provided a copy.

On April 27, 2020, the defendant went to Social Treatment Opportunities Program (STOP) and provided a random urinalysis sample.  Ms. Zeigler's specimen was determined to be presumptive positive for methamphetamine and benzodiazepines.  Ms. Zeigler signed the drug testing form, denying use of illegal drugs.

On April 28, 2020, this officer asked Ms. Zeigler about her random urinalysis sample from the previous day.  She initially denied any drug use and had no explanation for why the sample would have been positive.  She then said, "maybe I came across some in the house or in my storage unit, but I have not used anything and I don't even know what benzodiazepines are."  She disclose she used some Hydrocodone about 2 weeks prior because of pain in her legs.  She confirmed she does not have a prescription for this medication.

During our conversation, Ms. Zeigler admitted she had been at a friend's home on Friday or Saturday.  She stated some other people arrived at the home and began smoking methamphetamine.  Ms. Zeigler said, "I took a couple hits off the pipe but they were small."  She admitted she relapsed by smoking the methamphetamine.  She denied any other drug use.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: April 30, 2020

by s/Stephen Krous

Stephen Krous
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

April 30, 2020
Date