UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 19, 2020

SEAN F. McAVOY, CLERK

| UNITED STATES OF AMERICA, | No. 2:19-CR-00173-WFN-2 |
|---|---|
| Plaintiff, | ORDER GRANTING IN PART DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE |
| v. | |
| JONA RENEE ZEIGLER, | **MOTION GRANTED** |
| Defendant. | **(ECF No. 109)** |

Before the Court is Defendant's Motion to Modify Conditions of Release, **ECF No. 109**. Defendant recites in her motion that United States Probation does not oppose this request. Assistant U.S. Attorney Caitlin Baunsgard does not oppose the curfew request but does oppose the request to discontinue electronic home monitoring.

The Court having considered the record to date, **GRANTS IN PART**, Defendant's Motion to Modify Conditions of Release, **ECF No. 109. IT IS ORDERED** Defendant's curfew is extended from 8:30 p.m. to 10:00 p.m. Defendant shall remain on electronic home monitoring.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED June 19, 2020.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1