PROB 12C
(6/16)

Report Date: November 12, 2020

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 12, 2020

SEAN F. McAVOY, CLERK

Name of Offender: Jona Renee Zeigler        Case Number: 0980 2:19CR00173-WFN-2

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: July 23, 2020

Original Offense:       Attempted Possession with Intent to Distribute a Mixture or Substance Containing Heroin, 21 U.S.C. § 841(a)(1), (b)(1)(C), and 846

Original Sentence:    Probation - 60 months              Type of Supervision: Probation

Asst. U.S. Attorney:  Caitlin A. Baunsgard              Date Supervision Commenced: July 23, 2020

Defense Attorney:    Robert Michael Seines             Date Supervision Expires: July 22, 2025

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Jona Renee Zeigler is alleged to be in violation of her probation by providing a urine sample at the Social Treatment Opportunity (STOP) facility on October 20, 2020, which tested positive for amphetamine and methamphetamine.<br><br>On July 27, 2020, this officer reviewed the judgement and sentence with Jona Renee Zeigler. She stated she understood the conditions of her probation, which included special condition number 4.  Due to COVID-19, a copy of the judgment and sentence was emailed to Ms. Zeigler.<br><br>The urine sample was sent for further laboratory analysis and was confirmed positive for amphetamine and methamphetamine on October 26, 2020, by Alere Toxicology Services. |

Prob12C
**Re: Zeigler, Jona Renee**
**November 12, 2020**
**Page 2**

On October 27, 2020, this officer spoke with Ms. Zeigler and she adamantly denied any illegal drug use. She stated she has no idea as to how the illegal substance entered her system and had no explanation for the positive drug test.

On November 4, 2020, Ms. Zeigler admitted to using methamphetamine on or about October 20, 2020.

2   **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Jona Renee Zeigler is alleged to be in violation of her probation by providing a urine sample at Grant Integrated Services in Moses Lake, Washington, on October 27, 2020, which was confirmed through laboratory analysis to be positive for methamphetamine.

On July 27, 2020, this officer reviewed the judgement and sentence with Jona Renee Zeigler. She stated she understood the conditions of her probation, which included special condition number 4. Due to COVID-19, a copy of the judgment and sentence was emailed to Ms. Zeigler.

A urinalysis sample was collected at Grant Integrated Services on October 27, 2020. The specimen was sent for further laboratory analysis and confirmed the sample was positive for amphetamine and methamphetamine by Millennium Health on October 30, 2020.

3   **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Jona Renee Zeigler is alleged to be in violation of her probation by disclosing she used methamphetamine on or about November 1, 2020.

On July 27, 2020, this officer reviewed the judgement and sentence with Jona Renee Zeigler. She stated she understood the conditions of her probation, which included special condition number 4. Due to COVID-19, a copy of the judgment and sentence was emailed to Ms. Zeigler.

On November 4, 2020, this officer spoke with Jona Renee Zeigler and she disclosed she was feeling overwhelmed with trying to cope with everything related to her unemployment, caring for her ex-husband and his health concerns, and her motor vehicle accident. As a result, she turned to old coping skills and used methamphetamine. The offender has stated she will re-engage in treatment services in an attempt to stop using illegal controlled substances.

Prob12C
# Re: Zeigler, Jona Renee
**November 12, 2020**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   November 12, 2020

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

11/12/2020
Date