PROB 12C
(6/16)

Report Date: December 21, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 21, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jona Renee Zeigler          Case Number: 0980 2:19CR00173-WFN-2

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: July 23, 2020

Original Offense:    Attempted Possession with Intent to Distribute a Mixture or Substance Containing Heroin, 21 U.S.C. §§ 841(a)(1), (b)(1), and 846

Original Sentence:   Probation - 60 months          Type of Supervision: Probation

Asst. U.S. Attorney: Caitlin A. Baunsgard         Date Supervision Commenced: July 23, 2020

Defense Attorney:    Katherine Wesertman          Date Supervision Expires: July 22, 2025

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 11/12/2020.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Jona Renee Zeigler is alleged to be in violation of her probation by providing a urine sample at the Social Treatment Opportunity Programs (STOP) facility on December 15, 2020, which tested positive for amphetamine and methamphetamine. |
| | On July 27, 2020, this officer reviewed the judgement and sentence with Jona Renee Zeigler. She stated she understood the conditions of her probation, which included special condition number 4.  Due to COVID-19, a copy of the judgment and sentence was emailed to Ms. Zeigler. |
| | Ms. Zeigler was referred to the phase color line urine testing program at STOP in Moses Lake, Washington, on July 24, 2020. |

Prob12C
Re: Zeigler, Jona Renee
December 21, 2020
Page 2

The urine sample noted above was sent to Alere Toxicology Services laboratory for further analysis.

On December 16, 2020, Ms. Zeigler called this officer and disclosed she had used methamphetamine on or about December 11, 2020. She stated, due to the cold weather and her trailer being poorly insulated, she needed to move back into the basement of her ex-husband's home. While cleaning the basement, she encountered a bag of methamphetamine and she used the illegal controlled substance.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 21, 2020

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

12/21/20
Date