PROB 12C
(6/16)

Report Date: February 24, 2021

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 24, 2021

SEAN F. McAVOY, CLERK

Name of Offender: Jona Renee Zeigler                Case Number: 0980 2:19CR00173-WFN-2

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: July 23, 2020

Original Offense:        Attempted Possession with Intent to Distribute a Mixture or Substance Containing
                         Heroin, 21 U.S.C. §§ 841(a)(1), (b)(1), and 846

Original Sentence:       Probation - 60 months              Type of Supervision: Probation

Asst. U.S. Attorney:     Caitlin A. Baunsgard              Date Supervision Commenced: July 23, 2020

Defense Attorney:        Katherine Wesertman              Date Supervision Expires: July 22, 2025

---

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported
to the Court on 11/12/2020 and 12/21/2020.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 5 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Jona Renee Zeigler is alleged to be in violation of her probation by providing a urine sample at the Social Treatment Opportunity Programs (STOP) facility on February 2, 2021, which tested positive for amphetamine and methamphetamine.

On July 27, 2020, a probation officer reviewed the judgement and sentence with Jona Renee Zeigler.  She stated she understood the conditions of her probation, which included special condition number 4.  Due to COVID-19, a copy of the judgment and sentence was emailed to Ms. Zeigler.

On February 2, 2021, Ms. Zeigler provided a urinalysis (UA) sample at STOP as requested by her substance abuse counselor.  The UA sample was sent to Cordant Health Solutions for further testing.  On February 9, 2021, Cordant Health Solutions provided STOP with a final report showing the presence of amphetamine and methamphetamine in the UA sample.

Prob12C
**Re: Zeigler, Jona Renee**
**February 24, 2021**
**Page 2**

On February 11, 2021, this officer contacted Ms. Zeigler at her residence to discuss the positive drug test.  Ms. Zeigler admittedly denied consuming controlled substances and stated while she was providing the UA sample, the collection cup fell into the toilet.  She was surprised that the sample was sent for further testing, due to the cup falling into the toilet.

6    **Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale.  You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Jona Renee Zeigler is alleged to be in violation of her probation by providing a UA sample at the STOP facility on February 2, 2021, which tested positive for alcohol.

On July 27, 2020, a probation officer reviewed the judgement and sentence with Jona Renee Zeigler.  She stated she understood the conditions of her probation, which included special condition number 5.  Due to COVID-19, a copy of the judgment and sentence was emailed to Ms. Zeigler.

On February 2, 2021, Ms. Zeigler provided a UA sample at STOP as requested by her substance abuse counselor.  The UA sample was sent to Cordant Health Solution for further testing.  On February 9, 2021, Cordant Health Solutions provided STOP with a final report showing the presence of alcohol.

On February 11, 2021, this officer contacted Ms. Zeigler at her residence to discuss the positive drug test.  Ms. Zeigler admittedly denied consuming any prohibited substances and stated while she was providing the UA sample, the collection cup fell into the toilet.  She was surprised that the sample was sent for further testing, due to the cup falling into the toilet.

The U.S. Probation Office respectfully recommends the Court incorporate the alleged violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    February 24, 2021

s/Phil Casey

Phil Casey
U.S. Probation Officer

**Prob12C**
**Re: Zeigler, Jona Renee**
**February 24, 2021**
**Page 3**

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[  ]   Defendant to appear before the Judge assigned to the
        case.
[X]   Defendant to appear before the Magistrate Judge.
[  ]   Other

_____
Signature of Judicial Officer

        2/24/2021
_____
Date