PROB 12C
(6/16)

Report Date: March 16, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 16, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jona Renee Zeigler | Case Number: 0980 2:19CR00173-WFN-2 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: July 23, 2020

| | |
|---|---|
| Original Offense: | Attempted Possession with Intent to Distribute a Mixture or Substance Containing Heroin, 21 U.S.C. §§ 841(a)(1), (b)(1) and 846 |
| Original Sentence: | Probation - 60 Months            Type of Supervision: Probation |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard            Date Supervision Commenced: July 23, 2020 |
| Defense Attorney: | Andrea K. George            Date Supervision Expires: July 22, 2025 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/12/2020, 12/21/2020, and 02/24/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |
| | **Supporting Evidence**: Jona Renee Zeigler is alleged to be in violation of special condition number 5 by providing a urine sample at the Social Treatment Opportunity Programs (STOP) facility on February 12 and 19, 2021, which tested positive for alcohol. |
| | On July 27, 2020, a probation officer reviewed the judgment and sentence with Jona Renee Zeigler. She stated she understood the conditions of her probation, which included special condition number 5. Due to COVID-19, a copy of the judgment and sentence was emailed to Ms. Zeigler. |
| | On February 12 and 19, 2021, Ms. Zeigler provided a urinalysis (UA) sample at STOP, as requested by her substance abuse counselor. The UA sample was sent to Cordant Health Solutions for further testing and it was confirmed both samples were positive for alcohol. |

Prob12C
Re: Zeigler, Jona Renee
March 16, 2021
Page 2

On March 2, 2021, Ms. Zeigler was confronted regarding her urine samples resulting positive for alcohol. She denied any use of alcohol outside the use of cold medication, which could potentially contain alcohol. Ms. Zeigler was admonished and informed of the consequences of continued use of alcohol, wittingly or unwittingly.

On March 5, 2021, this officer received clarification regarding Ms. Zeigler's test results. Cordant Health Solutions reports the levels of ethyl glucoside and ethyl sulfate in her February 12, 2021, urine sample could be consistent with the use of NyQuil; however, the use of alcohol cannot be ruled out. They further reported the high levels of ethyl glucoside and ethyl sulfate within her February 19, 2021, sample are consistent with alcohol consumption.

8  **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Jona Renee Zeigler is alleged to be in violation of her probation by providing a urine sample at the Social Treatment Opportunity Programs (STOP) facility on February 3, 2021, which tested positive for amphetamine and methamphetamine.

On July 27, 2020, a probation officer reviewed the judgment and sentence with Jona Renee Zeigler. She stated she understood the conditions of her probation, which included special condition number 4. Due to COVID-19, a copy of the judgment and sentence was emailed to Ms. Zeigler.

On February 4, 2021, this officer confronted Ms. Zeigler regarding the presumptive positive drug testing results for methamphetamine. Ms. Zeigler denied any use of methamphetamine and the results were sent to the national lab for further confirmation. On February 15, 2021, results from the national lab were received and confirmed the presence of amphetamine and methamphetamine in the February 3, 2021, urine sample. Ms. Zeigler was questioned again regarding the use of methamphetamine on February 15, 2021. Ms. Zeigler continues to deny the use of any illicit substances.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 16, 2021

s/Emely Cubias

Emely Cubias
U.S. Probation Officer

Prob12C
**Re: Zeigler, Jona Renee**
**March 16, 2021**
Page 3

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

3/16/2021
Date