PROB 12C
(6/16)

Report Date:  June 25, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 25, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jona Renee Zeigler    Case Number: 0980 2:19CR00173-WFN-2

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: July 23, 2020

| | |
|---|---|
| Original Offense: | Attempted  Possession with Intent to Distribute a Mixture or Substance Containing Heroin, 21 U.S.C. §§ 841(a)(1), (b)(1) and 846 |

| | | | |
|---|---|---|---|
| Original Sentence: | Probation - 60 Months | Type of Supervision: Probation | |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: July 23, 2020 | |
| Defense Attorney: | Andrea K. George | Date Supervision Expires: July 22, 2025 | |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/12/2020, 12/21/2020,  02/24/2021, and 04/08/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Special Condition #4**: You  must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Jona Renee Zeigler is alleged to be in violation of her probation by providing a urine sample at the Social Treatment Opportunity Programs (STOP) facility on May 25, 2021, which tested positive for amphetamine and methamphetamine.

On July 27, 2020, a probation officer  reviewed  the  judgment and  sentence with Jona Renee  Zeigler. She stated she understood the conditions of her probation, which included special condition number 4. Due to COVID-19, a copy of the judgment and sentence was emailed to Ms. Zeigler.

Ms. Zeigler submitted to a drug screen at STOP on May 25, 2021, which tested presumptive positive for methamphetamine. Ms. Zeigler denied any use of illicit substances and as a result, the test was sent away for further confirmation. Ms. Zeigler was also confronted on the same date during a random home visit and further denied any use of drugs. On June 7, 2021, this officer received notification that Alere Toxicology - Abbott confirmed the sample

**Prob12C**
**Re: Zeigler, Jona Renee**
**June 25, 2021**
**Page 2**

was positive for methamphetamine and amphetamine.

10

**Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Jona Renee Zeigler is alleged to be in violation of her probation by providing a urine sample at the Social Treatment Opportunity Programs (STOP) facility on June 10, 2021, which tested positive for methamphetamine.

On July 27, 2020, a probation officer reviewed the judgment and sentence with Jona Renee Zeigler. She stated she understood the conditions of her probation, which included special condition number 4. Due to COVID-19, a copy of the judgment and sentence was emailed to Ms. Zeigler.

On June 10, 2021, Ms. Zeigler submitted to a drug screen at STOP. She signed a denial of illicit substance use form after testing presumptive positive for methamphetamine. As a result, the sample was sent for further confirmation. On June 18, 2021, this officer received notification from Alere Toxicology - Abbott, the urine sample submitted on June 10, 2021, was confirmed positive for methamphetamine and amphetamine.

11

**Standard Condition #8:** You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

**Supporting Evidence**: Jona Renee Zeigler is alleged to be in violation of her probation by communicating with her brother, Patrick Pearson, about his pending case on June 15, 2021.

On July 27, 2020, a probation officer reviewed the judgment and sentence with Jona Renee Zeigler. She stated she understood the conditions of her probation, which included standard condition number 8. Due to COVID-19, a copy of the judgment and sentence was emailed to Ms. Zeigler.

On April 14, 2021, the Court lifted prohibition of contact with her brother, Mr. Pearson, who is presently in trial for case 2:19CR00111-WFN-3, with the single understanding that Ms. Zeigler would not discuss his pending case with him as it was anticipated she would be called to testify in the case.

On June 17, 2021, this officer received a jail recording from the government where Ms. Zeigler is heard discussing with her brother the events of the hearing on June 15, 2021. Ms. Zeigler is also heard admitting to making contact with a cooperating witness regarding the case. The government reported Ms. Zeigler has spoken to her brother on more than one occasion through jail calls discussing the case; however, additional recordings have not been received.

**Prob12C**
**Re: Zeigler, Jona Renee**
**June 25, 2021**
**Page 3**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    June 25, 2021
_____

s/Emely Cubias
_____

Emely Cubias
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this
       petition with the other violations pending before the
       Court.
[ ]    Defendant to appear before the Judge assigned to the
       case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_____
Signature of Judicial Officer

    6/25/2021
_____
Date