PROB 12C
(6/16)

Report Date: August 31, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 31, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jona Renee Zeigler | Case Number: 0980 2:19CR00173-WFN-2 |
| Address of Offender: | Moses Lake, Washington 98837 |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: July 23, 2020

Original Offense:  Attempted Possession with Intent to Distribute a Mixture or Substance Containing Heroin, 21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 846

| | | |
|---|---|---|
| Original Sentence: | Probation - 60 months | Type of Supervision: Probation |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: July 23, 2020 |
| Defense Attorney: | Jeffrey Scott Niesen | Date Supervision Expires: July 22, 2025 |

## PETITIONING THE COURT

**To issue a warrant** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/12/2020, 12/21/2020, 2/24/2021, 4/8/2021 and 6/25/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 12 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Ms. Zeigler is alleged to be in violation of her probation by providing a urine sample at Social Treat Opportunities Program (STOP) on August 10, 2021, which tested positive for amphetamine and methamphetamine. |
| | On July 27, 2021, a probation officer reviewed the judgment and sentence with Jona Renee Zeigler. She stated she understood the conditions of her probation, which included special condition number 4. Due to COVID-19, a copy of the judgment and sentence was emailed to Ms. Zeigler. |

Prob12C
**Re: Zeigler, Jona Renee**
**August 31, 2021**
Page 2

On August 10, 2021, Ms. Zeigler reported to STOP for a drug screen. The undersigned did not receive notification from STOP that Ms. Zeigler had tested presumptive positive for illicit substances until August 23, 2021, when this officer received a lab report from Alere Toxicology showing the August 10, 2021, urine sample was positive for amphetamine and methamphetamine.

Ms. Zeigler was contacted on August 27, 2021, regarding the lab results. She reported she did not recall providing a drug screen and was not informed she had tested positive. The undersigned contacted STOP on August 27, 2021, following the call with Ms. Zeigler, and received a form signed by the offender denying the use of methamphetamine.

When Ms. Zeigler last appeared before the Court on July 13, 2021, the Court warned the offender if she was not honest regarding a relapse, and a lab report confirmed the use of drugs, a warrant would be authorized.

Ms. Zeigler was ultimately honest on August 30, 2021, during a telephone call, and admitted to the use of methamphetamine on either August 8 or 9, 2021.

13    **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Ms. Zeigler is alleged to be in violation of her probation by failing to submit to drug testing on August 20 and 27, 2021.

On July 27, 2021, a probation officer reviewed the judgment and sentence with Jona Renee Zeigler. She stated she understood the conditions of her probation, which included special condition number 4. Due to COVID-19, a copy of the judgment and sentence was emailed to Ms. Zeigler.

On August 30, 2021, STOP reported Ms. Zeigler failed to submit to a drug screen on August 20, 2021, as she did not appear for testing. On August 27, 2021, STOP indicated Ms. Zeigler was asked to stay after group to provide a drug screen, however, Ms. Zeigler stated she needed to go to her car and she never returned.

14    **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Ms. Zeigler is alleged to be in violation of her probation by using methamphetamine weekly the entire month of August 2021.

Prob12C
**Re: Zeigler, Jona Renee**
**August 31, 2021**
**Page 3**

On July 27, 2021, a probation officer reviewed the judgment and sentence with Jona Renee Zeigler. She stated she understood the conditions of her probation, which included special condition number 4. Due to COVID-19, a copy of the judgment and sentence was emailed to Ms. Zeigler.

On August 30, 2021, this officer contacted Ms. Zeigler to check-in and follow-up regarding documentation received from the lab and STOP. During this conversation, Ms. Zeigler admitted to using methamphetamine weekly the entire month of August 2021, with her last use of methamphetamine occurring approximately 2 days prior.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   08/31/2021

s/Emely Cubias

Emely Cubias
U.S. Probation Officer

---

## THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

8/31/2021
Date