PROB 12C
(6/16)

Report Date:  September 2, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Sep 02, 2021

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jona Renee Zeigler          Case Number: 0980 2:19CR00173-WFN-2

Address of Offender:                     Moses Lake, Washington 98837

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: July 23, 2020

| Original Offense: | Attempted Possession with Intent to Distribute a Mixture or Substance Containing Heroin, 21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 846 | |
|---|---|---|
| Original Sentence: | Probation **-** 60 months | Type of Supervision: Probation |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: July 23, 2020 |
| Defense Attorney: | Jeffrey Scott Niesen | Date Supervision Expires: July 22, 2025 |

---

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/12/2020, 12/21/2020, 2/24/2021, 4/8/2021, 6/25/2021, and 08/31/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 15 | **Standard Condition #10**: You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person, such as nunchakus or tasers). |

**Supporting Evidence**: Ms. Zeigler is alleged to be in violation of her probation by possessing ammunition, which was seized from her bedroom  during a search of her residence on September 1, 2021.

On July 27, 2021, a probation officer reviewed the judgment and sentence with Ms. Zeigler. She stated she understood the conditions of her probation, which included standard condition number 2. Due to COVID-19, a copy of the judgment and sentence was email to Ms. Zeigler.

During a search of Ms. Zeigler's bedroom on September 1, 2021, two rounds of rifle-type ammunition located in a dresser was seized, 58 rounds of .22 caliber ammunition located in a closet dresser was seized,  a loaded magazine with four rounds of ammunition located in a closet dresser was seized, and a taser located in a dresser was seized.

**Prob12C**
**Re: Zeigler, Jona Renee**
**September 2, 2021**
**Page 2**

On the evening of September 1, 2021, Ms. Zeigler left a message for this officer indicating she was not aware ammunition was prohibited for her to possess. She stated her ex-husband had put the ammunition in a grocery bag and she had put the bag down in her room, unknowing of the contents of the bag. She stated she later realized what was in the bag and had intended to return the ammunition to her ex-husband.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    September 2, 2021

s/Emely Cubias

Emely Cubias
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

9/2/2021

Date