PROB 12C
(6/16)

Report Date: July 18, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 18, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jona Renee Zeigler                Case Number: 0980 2:19CR00173-WFN-2

Address of Offender:  ▮▮▮▮▮▮  Moses Lake, Washington 98837

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: July 23, 2020

Original Offense:  Attempted Possession with Intent to Distribute a Mixture or Substance Containing Heroin, 21 U.S.C. §§ 841(a)(1), (b)(1)(c), and 846

Original Sentence:  Probation - 60 months                Type of Supervision: Supervised Release

Revocation Sentence:  Prison - 11 months
09/08/2021            TSR - 25 months

Asst. U.S. Attorney: Caitlin A. Baunsgard            Date Supervision Commenced: July 7, 2022

Defense Attorney: Jeffrey S. Niesen                   Date Supervision Expires: August 6, 2024

## PETITIONING THE COURT

To issue a summons.

On July 7, 2022, a probation officer reviewed the judgment with Ms. Zeigler. She stated she understood the conditions of her supervision and signed a copy of her judgment.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Ms. Zeigler is alleged to have violated the terms of her supervised release by using a controlled substance, methamphetamine, on or about June 15, 2023. |
| | On July 11, 2023, the undersigned spoke with Ms. Zeigler via telephone and it was at that time she admitted that due to dealing with pain from a recent surgery, she relapsed on methamphetamine on or about June 15, 2023. On July 17, 2023, Ms. Zeigler reconfirmed that she relapsed on methamphetamine on or about June 15, 2023. |

Prob12C
Re: Zeigler, Jona Renee
July 18, 2023
Page 2

2  **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Ms. Zeigler is alleged to have violated the terms of her supervised release by using a controlled substance, methamphetamine, on or about July 5, 2023.

On July 11, 2023, the undersigned spoke with Ms. Zeigler via telephone and it was that time she admitted that due to dealing with pain from a recent surgery she relapsed on methamphetamine on or about July 5, 2023. On July 17, 2023, Ms. Zeigler reconfirmed that she relapsed on methamphetamine on or about July 5, 2023.

3  **Special Condition # 14**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Ms. Zeigler is alleged to have violated the terms of her supervised release by using a controlled substance, methamphetamine, on or about July 14, 2023.

On July 17, 2023, the undersigned spoke with Ms. Zeigler via telephone and it was that time she admitted that she admitted to last using methamphetamine on or about July 14, 2023.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   07/18/2023

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS
[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

7/18/2023
Date