PROB 12C
(6/16)

Report Date: August 4, 2023

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 07, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jona Renee Zeigler | Case Number: 0980 2:19CR00173-WFN-2 |
| Address of Offender: ▮▮▮▮▮▮▮▮ Moses Lake, Washington 98837 | |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: July 23, 2020

| | |
|---|---|
| Original Offense: | Attempted Possession with Intent to Distribute a Mixture or Substance Containing Heroin, 21 U.S.C. §§ 841(a)(1), (b)(1)©, and 846 |
| Original Sentence: | Probation - 60 months |
| Type of Supervision: | Supervised Release |
| Revocation Sentence: 09/08/2021 | Prison - 11 months<br>TSR - 25 months |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard |
| Date Supervision Commenced: | July 7, 2022 |
| Defense Attorney: | Molly Marie Winston |
| Date Supervision Expires: | August 6, 2024 |

---

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/18/2023.

On July 7, 2022, a probation officer reviewed the judgment with Ms. Zeigler. She stated she understood the conditions of her supervision and signed a copy of her judgment.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: It is alleged that Ms. Zeigler violated the conditions of her supervised release by using methamphetamine on or about July 31, 2023.<br><br>On August 4, 2023, prior to attending her 9 a.m. initial appearance hearing, Ms. Zeigler reported to the U.S. Probation Office. At this time, she submitted a urinalysis that tested presumptive positive for methamphetamine. Ms. Zeigler informed the undersigned that she had not used methamphetamine since on or about July 14, 2023. The sample was sent to the |

Prob12C
Re: Zeigler, Jona Renee
August 4, 2023
Page 2

laboratory for confirmation and Ms. Zeigler was dismissed to attend her court hearing. Prior to the undersigned entering the court room before Ms. Zeigler's hearing, she informed the undersigned that she had in fact used methamphetamine approximately "five days ago."

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   August 4, 2023

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

8/7/2023
Date