PROB 12C
(6/16)

Report Date: September 28, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 28, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jona Renee Zeigler | Case Number: 0980 2:19CR00173-WFN-2 |
| Address of Offender: ▓▓▓▓▓▓▓▓ Moses Lake, Washington 98837 | |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: July 23, 2020

| | |
|---|---|
| Original Offense: | Attempted Possession with Intent to Distribute a Mixture or Substance Containing Heroin, 21 U.S.C. §§ 841(a)(1), (b)(1)(c), and 846 |
| Original Sentence: | Probation - 60 months    Type of Supervision: Supervised Release |
| Revocation Sentence: 09/08/2021 | Prison - 11 months<br>TSR - 25 months |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard    Date Supervision Commenced: July 7, 2022 |
| Defense Attorney: | Molly Winston    Date Supervision Expires: August 6, 2024 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/18/2023 and 08/04/2023.

On July 7, 2022, a probation officer reviewed the judgment with Ms. Zeigler. She stated she understood the conditions of her supervision and signed a copy of her judgment.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: It is alleged that Ms. Zeigler violated the conditions of her supervised release by committing the criminal offense of malicious mischief in the third degree, on or about July 2, 2023.<br><br>On July 2, 2023, per Grant County Sheriff's Office (GCSO) incident report 23GS07660, a GCSO deputy responded to a disturbance at Ms. Zeigler's residence. The reporting party was contacted by a GCSO deputy, at which time he explained that while he was sitting in his camper he observed Ms. Zeigler throw a rock through the front window of his camper and subsequently throw a muffler through the same window. The GCSO deputy then made contact |

Prob12C
Re: Zeigler, Jona Renee
September 28, 2023
Page 2

with Ms. Zeigler who denied throwing anything at the camper. Ms. Zeigler did opine that she was upset with the reporting party and accused him of breaking a door at her ex-husband's residence. In addition, she stated he was only permitted to stay on the property for a few days though he had now been staying there for a few weeks. Ms. Zeigler was not immediately charged with any crime on July 2, 2023, though on September 13, 2023, charges for malicious mischief in the third degree were filed in Grant County District Court, and she is scheduled for an arraignment on October 10, 2023.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   September 28, 2023

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

9/28/2023
Date