PROB 12C
(6/16)

Report Date: October 18, 2023

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 18, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jona Renee Zeigler                     Case Number: 0980 2:19CR00173-WFN-2

Address of Offender: [redacted] Moses Lake, Washington 98837

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: July 23, 2020

| | |
|---|---|
| Original Offense: | Attempted Possession with Intent to Distribute a Mixture or Substance Containing Heroin, 21 U.S.C. §§ 841(a)(1), (b)(1)(c), and 846 |
| Original Sentence: | Probation - 60 months          Type of Supervision: Supervised Release |
| Revocation Sentence: (September 7, 2021) | Prison - 11 months<br>TSR - 25 months |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard          Date Supervision Commenced: July 7, 2022 |
| Defense Attorney: | Molly Winston          Date Supervision Expires: August 6, 2024 |

## PETITIONING THE COURT

To **issue a WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/18/2023, 08/04/2023, and 09/028/2023.

On July 7, 2022, a probation officer reviewed the judgment with Ms. Zeigler. She stated she understood the conditions of her supervision and signed a copy of her judgment.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition #5**: You must not enter into or remain any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Ms. Zeigler violated the conditions of her supervised release by consuming alcohol on or about September 29, 2023. |
| | On October 6, 2023, the undersigned reviewed Ms. Zeigler's compliance report from her treatment provider in which it indicated she relapsed on alcohol on or about September 29, 2023. On October 10, 2023, Ms. Zeigler admitted to the undersigned, and via signed document, that she consumed alcohol on or about September 29, 2023. |

Prob12C
Re: Zeigler, Jona Renee
October 18, 2023
Page 2

| | | |
|---|---|---|
| 7 | | **Special Condition # 3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: It is alleged that Ms. Zeigler violated the conditions of her supervised release by being unsuccessfully discharged from her intensive outpatient treatment program on October 12, 2023.

On October 13, 2023, the undersigned spoke with Ms. Zeigler in which she stated she was unsuccessfully discharged from her intensive outpatient treatment program on October 12, 2023. On October 16, 2023, the undersigned spoke with Ms. Zeigler's treatment provider in which they confirmed she was in fact unsuccessfully discharged from treatment on October 12, 2023.

8   **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Ms. Zeigler violated the conditions of her supervised release by using methamphetamine on or about October 10, 2023.

On October 10, 2023, Ms. Zeigler provided a urinalysis that tested presumptive positive for methamphetamine. Ms. Zeigler denied relapsing on methamphetamine and thus the sample was sent to laboratory for confirmation. On October 18, 2023, the aforementioned urinalysis returned positive for methamphetamine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court and **issue a WARRANT.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/18/2023

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

Prob12C
Re: Zeigler, Jona Renee
October 18, 2023
Page 3

## THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

10/18/2023

Date